UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ORVILLE PHILIP HAXTON, JR.,**

    **Plaintiff,**

v.                                     Case No. 3:13cv485/MCR/EMT

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY BOARD OF
DIRECTORS, et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated June 17, 2014 (doc. 25).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Plaintiff's Second Amended Complaint (doc. 6) is **DISMISSED**, without prejudice, for lack of subject matter jurisdiction.  Defendants' motion to dismiss the Second Amended Complaint for lack of personal jurisdiction and failure to state a claim for relief (doc. 10) is **DENIED**, as moot.

    3.    Plaintiff's motion for leave to file a Third Amended Complaint (doc. 17) is **DENIED**.

    4.    Plaintiff's "Request for an At Law Pre-Trial Meeting" (doc. 23) is **DENIED**.

5. The clerk is directed to **CLOSE** this case.

**DONE and ORDERED** this 21st day of July, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**